**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | James Hugh Smith | Social Security number or ITIN | xxx–xx–2258 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Jodi Lyn Smith | Social Security number or ITIN | xxx–xx–3940 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    District of New Jersey

Case number:    18–14670–JNP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Hugh Smith

Jodi Lyn Smith
aka Jodi Lyn Mango

6/9/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14670-JNP |
| James Hugh Smith | Chapter 13 |
| Jodi Lyn Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 09, 2021 | Form ID: 3180W | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | James Hugh Smith, 106 Snyder Avenue, Westville, NJ 08093-1259 |
| jdb | # | Jodi Lyn Smith, 106 Snyder Avenue, Westville, NJ 08093-1259 |
| 517379540 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 517379538 | + | Advanced Call Center Technologies LLC, 1235 Westlakes Dr, Berwyn, PA 19312-2417 |
| 517379539 | + | Advocare Surgical Specialsts, PO Box 3001, Voorhees, NJ 08043-0598 |
| 517379543 | + | Best Buy Company, Inc., 7601 Penn Ave South, Richfield, MN 55423-3683 |
| 517379548 | | Credit One, PO Box 625, Metairie, LA 70004-0625 |
| 517379544 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Blaze First Savings Bank, 500 E 60th Street, Sioux Falls, SD 57104 |
| 517379551 | | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 517379553 | | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 517518388 | + | Intercoastal Financial, LLC, 7954 Transit Rd #144, Williamsville, NY 14221-4117 |
| 517379558 | + | Kennedy Health, Attn Patient Accounts, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 517379559 | + | Laboratory Corporation of America, Bankruptcy Dept, PO Box 2240, Burlington, NC 27216-2240 |
| 517379561 | + | Larchmont Medical Imaging, 1295 Rt 38 W, Hainesport, NJ 08036-2702 |
| 517540595 | + | LoanDepot.com, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517875003 | | LoanDepot.com, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518179627 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 517379566 | | NTB Credit Card, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 518318725 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518318726 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 518127859 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517379567 | + | Paypal Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 518179628 | + | RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 517379569 | | Target TD Bank, PO Box 9547, Portland, ME 04112-9547 |
| 517379573 | | Wawa Credit Card Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517379562 | + | loanDepot, Attn Bankruptcy Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

District/off: 0312-1            User: admin            Page 2 of 4

Date Rcvd: Jun 09, 2021           Form ID: 3180W          Total Noticed: 58

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 517530995 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 21:39:56 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517379542 | + EDI: TSYS2.COM | Jun 10 2021 00:38:00 | Barclay Card, 1007 N Orange Street, Wilmington, DE 19801-1239 |
| 517379545 | EDI: WFNNB.COM | Jun 10 2021 00:38:00 | Boscov Dept, Comenity Capital Bank, Bank Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 517379546 | EDI: CAPITALONE.COM | Jun 10 2021 00:38:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517379547 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | Care Credit Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517379549 | EDI: WFNNB.COM | Jun 10 2021 00:38:00 | Davids Bridal, Comenity Capital Bank, Bankruptcy Department, PO Box 183003, Columbus, OH 43218-3003 |
| 517379550 | EDI: DISCOVER.COM | Jun 10 2021 00:38:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 517389207 | EDI: DISCOVER.COM | Jun 10 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517379552 | + Email/Text: csidl@sbcglobal.net | Jun 09 2021 21:24:00 | First Premier Bank, PO Box 2208, Vacaville, CA 95696-8208 |
| 517379554 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | HH Gregg Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517379555 | + EDI: CITICORP.COM | Jun 10 2021 00:38:00 | Home Depot Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517379556 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | JC Penney Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517379557 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | JC Penney Synchrony Bank, Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |
| 517664249 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 21:38:53 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517664250 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 21:38:53 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517379560 | + EDI: WFNNB.COM | Jun 10 2021 00:38:00 | Lane Bryant Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517379563 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | Lowes SYNCB, Bankruptcy Dept, PO Box 960061, Orlando, FL 32896-0661 |
| 517528594 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2021 21:38:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517379564 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2021 21:38:29 | Merrick Bank, PO Box 9201, Old Beth Page, NY 11804-9001 |
| 517522401 | + EDI: MID8.COM | Jun 10 2021 00:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456084 | + EDI: CBS7AVE | Jun 10 2021 00:38:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517379565 | EDI: CBS7AVE | Jun 10 2021 00:38:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: 3180W | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| 517521564 | + EDI: JEFFERSONCAP.COM | Jun 10 2021 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517379568 | + Email/Text: bankruptcy@prosper.com | Jun 09 2021 21:24:00 | Prosper Marketplace, 221 Main Street No 300, San Francisco, CA 94105-1909 |
| 517540156 | + Email/Text: bncmail@w-legal.com | Jun 09 2021 21:23:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517475448 | EDI: Q3G.COM | Jun 10 2021 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517380461 | + EDI: RMSC.COM | Jun 10 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517379570 | + EDI: WFNNB.COM | Jun 10 2021 00:38:00 | Torrid Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517379571 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | Toys 'R' Us, Synchrony Bank, Attn Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517379572 | EDI: RMSC.COM | Jun 10 2021 00:38:00 | Walmart Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517379541 | ##+ | Allied Interstate, 7525 West Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LoanDepot.com dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis Landgrebe | |

District/off: 0312-1                        User: admin                                    Page 4 of 4
Date Rcvd: Jun 09, 2021                     Form ID: 3180W                                  Total Noticed: 58

                              on behalf of Debtor James Hugh Smith flandgrebe@verizon.net  r61604@notify.bestcase.com

Francis Landgrebe
                              on behalf of Joint Debtor Jodi Lyn Smith flandgrebe@verizon.net  r61604@notify.bestcase.com

Harold N. Kaplan
                              on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  informationathnk@aol.com

Isabel C. Balboa
                              ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                              on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
                              on behalf of Creditor LoanDepot.com  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz
                              on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com

Sindi Mncina
                              on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11